FRED SIMCHA WANG, Appellant, v LSUC et al., Respondents, et al., Defendants.

Submitted March 27, 2017; decided June 1, 2017

Motion for reargument of motion for leave to appeal etc. denied [*see* 28 NY3d 914 (2017)].